[ * 143 ]

---

## * COMMONWEALTH *versus* OBADIAH HEARSEY

Question as to the date of a bond. [Where there are two dates, one in the penal part, and the other in the condition, the former must prevail.—ED.]

THE defendant was indicted for *forgery*, by altering a word in the condition of a bond from *six* to *eight*. He pleaded not guilty.

It was alleged in the indictment that the bond was dated *the* 15*th day of October*, 1802. The bond produced had the *same date* in the penal part, and in the usual place ; at the close of the condition to the instrument, immediately above the signature of the obligor, there was written, " Given under my hand and seal this 25*th day of October*, 1802."

*B. Whitman,* for the defendant, objected to the bond produced going in evidence to the jury, on the ground of variance ; he said that the bond offered in evidence was *dated* the 25*th* day of October, and therefore was not the bond described in the indictment, which is alleged to be dated the 15*th* day of October.

The *Attorney-General,* (*Sullivan,*) in reply, contended that the bond offered in evidence was dated the 15*th day of October* ; that the penal part of all instruments of this kind was always considered as the bond ; that it was so considered in this indictment, in which

after a description of the bond, (that which in legal estimation is the bond,) it was further alleged that there was a certain condition annexed, of which condition the purport and substance were stated in the indictment, but the condition was not undertaken to be set out *verbatim;* the indictment did not show, nor was it necessary it should show, that the condition had *any* date; and therefore that the bond was correctly described in the indictment.

The Court (*Strong, Sedgwick, Sewall,* and *Thacher,* justices) inclined to think that the indictment was right, and ad- [ * 144 ] mitted the bond in evidence; *saying that if it was not legally admissible, it might be set right hereafter; (meaning, it is presumed, that, in case of a conviction, the defendant might move for a new trial for the mistake of the Court.)

The jury found the defendant not guilty.